## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Rachel M Hubbard

        Plaintiff,

v.               Case No.: 1:20–cv–06680
                 Honorable Edmond E. Chang

Gasperec Elberts Consulting LLC

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 4, 2021:

   MINUTE entry before the Honorable Edmond E. Chang: The Plaintiff's motion [49] to file amended complaint remains under advisement. The tracking status hearing of 11/05/2021 is reset to 11/26/2021 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.