UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Rachel M Hubbard
                                Plaintiff,

v.                                                       Case No.: 1:20−cv−06680
                                                              Honorable Edmond E. Chang

Gasperec Elberts Consulting LLC
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 24, 2021:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the Plaintiff's motion [49] to amend complaint, as well as the briefing on the motion, the motion is denied for failure to satisfy good cause under Civil Rule 16(b). Back on 12/11/2020, the Court set 05/03/2021 as the Rule 16(b) deadline to add parties and to amend pleadings. R. 14. So the Plaintiff had plenty of notice that discovery must progress promptly if amendments were to be proposed (though of course good cause could justify a proposed amendment after the deadline). After the Rule 16(b) deadline came and went, the Plaintiff moved to file the amended complaint, proposing ***seven*** new defendants, on the 07/17/2021, R. 49, the very same day that fact discovery closed. This fact discovery deadline too had been set back on 12/11/2020, R. 14, so again the Plaintiff had plenty of advance warning. The Plaintiff offers no persuasive reason why she waited until 07/17/2021 to move to amend the complaint. The key depositions on which she relies happened several weeks before the deadline, and even if she were waiting on transcripts, of course she was present for the depositions and could have moved earlier or, at the least, moved earlier for an extension on the fact discovery deadline. This attempt to expand the case significantly beyond the single Defendant in the fact of the lack of diligence, even for a pro se plaintiff, came too late. The motion [49] to amend the complaint thus is denied. The Defendant might very well be right that the proposed amendment should also be rejected as futile, but the Court need not rely on that ground. For the moment, the Court leaves open the discovery referral for the magistrate judge to decide whether to allow the proposed deposition of Tina Moran. See R. 56. The tracking status hearing of 11/26/2021 for Judge Chang is reset to 01/07/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.